UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | **2:25-cv-06642-MCS-BFM** | Date | March 13, 2026 |
|---|---|---|---|

| Title | ***Spiers v. Essential Mgmt., Inc.*** |
|---|---|

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE**

Plaintiff Jade Spiers's counsel Aaron M. Clefton and Irakli Karbelashvili move to withdraw as Plaintiff's counsel of record. (Mot., ECF No. 23.) The Court previously ordered Plaintiff to personally appear at the hearing on her counsel's then-anticipated motion to withdraw and indicated that failure to comply would "result in dismissal of the case for failure to prosecute." (Order 2, ECF No. 22.) The Court furthered ordered that "[a]ny motion to withdraw must provide notice to Plaintiff of this appearance requirement and the potential consequences of nonappearance." (*Id.*) The moving papers indicate that they informed Plaintiff of their intent to seek leave to withdraw in an email on January 23, 2026, of which Plaintiff acknowledged receipt. (Clefton Decl. ¶ 6, ECF No. 23-1.) The movants further represent that they have released Plaintiff's case file and associated documents to her on February 2, 2026. (*Id.* ¶ 7.) While these representations indicate Plaintiff has actual notice of her attorneys' intent to withdraw, they say nothing as to whether Plaintiff has actual notice of the motion to withdraw filed on February 23, 2026, the hearing on the motion scheduled for March 23, 2026, or the Court's order that Plaintiff personally appear at the March 23 hearing.

Counsel is ordered to show cause why the motion should not be denied for failure to provide Plaintiff with notice of the in-person attendance requirement for

---

Page **1** of **2**         **CIVIL MINUTES – GENERAL**         Initials of Deputy Clerk SMO

the March 23, 2026, hearing and the consequences for failing to appear. Counsel shall respond in writing within seven days of entry of this Order. By that date, counsel also shall file proof of service of the motion and this Order on Plaintiff. Failure to timely and adequately respond to this Order will result in denial of the motion.

**IT IS SO ORDERED.**